UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 AUG 28 AM 10: 41
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, | Magistrate Docket No. '08 MJ 2651 |
| v. | COMPLAINT FOR VIOLATION OF: |
| **Jorge FIEROS-Rangel,** Defendant | Title 8, U.S.C., Section 1326 Deported Alien Found in the United States |

The undersigned complainant, being duly sworn, states:

On or about **August 26, 2008** within the Southern District of California, defendant, **Jorge FIEROS-Rangel,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 28th DAY OF **AUGUST, 2008**

William McCurine Jr.
UNITED STATES MAGISTRATE JUDGE

DOA 8/26/08 KMT

**CONTINUATION OF COMPLAINT:**
**Jorge FIEROS-Rangel**

## PROBABLE CAUSE STATEMENT

On August 26, 2008, Border Patrol Agent A. Rodriguez was performing linewatch duties at the Imperial Beach Border Patrol Station area of operations. At approximately 8:10 P.M., Agent Rodriguez responded to a seismic intrusion device activation Northwest of the San Ysidro, California Port of Entry. After arriving in the area and searching the area, Agent Rodriguez found five individuals attempting to hide in some brush. Agent Rodriguez identified himself as a Border Patrol agent and performed an immigration inspection. All five individuals, including one later identified as the defendant **Jorge FIEROS-Rangel**, admitted to being citizens and nationals of Mexico without any immigration documents that would allow them to enter or remain in the United States legally. Agent Rodriguez placed all five under arrest and arranged for them to be transported to the Imperial Beach Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **March 15, 2007** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant freely admitted to illegally crossing the United States/Mexico border by climbing the United States/Mexico International Border Fence with the purpose of traveling to Salinas, California to look for work. The defendant admitted to being a citizen and national of Mexico. The defendant stated that he did not have any immigration documents that allowed him to legally enter or remain in the United States. He also stated he was going to Salinas, California.

James Trombley
Senior Patrol Agent

William McCurine Jr.
U.S. Magistrate Judge

8/28/08
Date